**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>EDWARD L. HODGE<br>MARGARET N. HODGE<br>    Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Repondents. | Case No.:12-20826<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2016

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

Case 12-20826-GLT   Doc 144   Filed 07/30/16   Entered 07/31/16 01:01:10   Desc
Imaged Certificate of Notice   Page 2 of 8

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 02/22/2012 and confirmed on 7/27/12 . The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 29,239.91 |
| Less Refunds to Debtor | 6,295.84 | |
| TOTAL AMOUNT OF PLAN FUND | | 22,944.07 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,600.00 | |
|    Trustee Fee | 971.86 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,571.86 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GREEN TREE SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0629 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8691 | | | | |
|   PREFERRED AUTO CREDIT EXCHANGE | 0.00 | 6,996.20 | 0.00 | 6,996.20 |
|     Acct: XXXXXXXXX2/14 | | | | |
| | | | | 6,996.20 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDWARD L. HODGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDWARD L. HODGE | 354.00 | 354.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDWARD L. HODGE | 5,941.84 | 5,941.84 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAZZEI AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAZZEI AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 500.00 | 500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX6-16 | | | | |
|   RONDA J WINNECOUR PA ID #30399 | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXARIS | | | | |
| | | | | 1,000.00 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7001 | | | | |
| ALLIED ADJUSTORS | 16.00 | 16.00 | 0.00 | 16.00 |
| Acct: 28N1 | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4197 | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9464 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6978 | | | | |
| BEAVER CODRS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3723 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,954.40 | 2,954.40 | 0.00 | 2,954.40 |
| Acct: 7432 | | | | |
| BEAVER VALLEY FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3703 | | | | |
| BEAVER VALLEY FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3705 | | | | |
| BEAVER VALLEY FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0900 | | | | |
| BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2597 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4532 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0098 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6047 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6286 | | | | |
| TANARIS LLC | 4,994.54 | 4,994.54 | 0.00 | 4,994.54 |
| Acct: 0814 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 1,401.93 | 1,401.93 | 0.00 | 1,401.93 |
| Acct: XXX9848 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1709 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5301 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 497.78 | 497.78 | 0.00 | 497.78 |
| Acct: XXX8441 | | | | |
| ELAN FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7432 | | | | |
| EMC MORTGAGE CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6436 | | | | |
| EQUABLE ASCENT FINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4612 | | | | |
| FASHION BUG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8349 | | | | |
| FLAGSTAR BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2952 | | | | |
| GEMB/CARE CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0119 | | | | |
| GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9576 | | | | |
| GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7857 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 484.65 | 484.65 | 0.00 | 484.65 |
| Acct: XXX9940 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7001 | | | | |
| MANCING & ASSOCIATES INC++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXX7344 | | | | |
| NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1401 | | | | |
| NRA GROUP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2110 | | | | |
| NRA GROUP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1641 | | | | |
| NRA GROUP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9483 | | | | |
| NRA GROUP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6260 | | | | |
| NCO FINANCIAL SYSTEMS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6856 | | | | |
| PREFERRED AUTO CREDIT/PACE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0000 | | | | |
| PREFERRED AUTO CREDIT/PACE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0000 | | | | |
| SKY BANK/SCSR 3 RIVERS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4642 | | | | |
| SKY BANK/SCSR 3 RIVERS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7939 | | | | |
| FASHION BUG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7032 | | | | |
| COLUMBIA GAS OF PA INC(*) | 930.93 | 930.93 | 0.00 | 930.93 |
| Acct: XXXXXXXXXXXXXXXXXXXX0034 | | | | |
| ZENITH ACQUISTITIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0223 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 95.78 | 95.78 | 0.00 | 95.78 |
| Acct: 2002 | | | | |
| | | | | 11,376.01 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 19,372.21 |

| TOTAL | |
|---|---:|
| CLAIMED | 1,000.00 |
| PRIORITY | 0.00 |
| SECURED | 11,376.01 |

Date: 07/26/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    EDWARD L. HODGE
    MARGARET N. HODGE
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:12-20826

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                            BY THE COURT:

                                                            _____
                                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 12-20826-GLT
Edward L. Hodge                                                 Chapter 13
Margaret N. Hodge
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: hthu                Page 1 of 3              Date Rcvd: Jul 28, 2016
                              Form ID: pdf900           Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2016.
```
db/jdb         +Edward L. Hodge,    Margaret N. Hodge,    369 New York Avenue,    Rochester, PA 15074-1962
13310813      ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
               (address filed with court: Allied Adjustors,     845 23rd Street,    Aliquippa, PA 15001)
13303677       +Allied Adjustors Inc.,    P.O. Box 1006,    Aliquippa, PA 15001-0806
13437408        BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC,     Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
13303679       +Bank Of America, N.A.,    450 American Street,    Simi Valley, CA 93065-6285
13303680       +Barclays Bank Delaware,    125 S West Street,    Wilmington, DE 19801-5014
13303681       +Beaver Codrs,    Po Box 206,    Beaver, PA 15009-0206
13303682       +Beaver Valley Fcu,    601 37th Street,    Beaver Falls, PA 15010-3441
13303684       +Brighton Radiology,    300 S Walnut Lane #100,    Beaver, PA 15009-1738
13303685      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
13403814       +CAPITAL ONE BANK (USA), N.A.,     by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
13303689      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court: Citifinancial,     300 Saint Paul Place,    Baltimore, MD 21202)
13310826      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas,     200 Civic Center Drive, 11th Floor,
                 Columbus, OH 43215)
13303686        Cbusa/sears,    133200 Smith Road,    Cleveland, OH 44130
13303687       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13303688       +Citibank,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
13303694       +Emc Mortgage,    Po Box 293150,    Lewisville, TX 75029-3150
13303695       +Equable Ascent,    1120 W Lake Cook Road,    Buffalo Grove, IL 60089-1970
13303696       +Fashion Bug/Soanb,    1103 Allen Drive,    Milford, OH 45150-8763
13303701       +Heritage Valley,    1000 Dutch Ridge Road,    Beaver, PA 15009-9727
13303702       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13303704        Law Offices of Hayt, Hayt & Landau,     123 S. Broad Street, Suite 1660,
                 Philadelphia, PA 19109-1003
13303705       +Mancing Assc,    Pob 831,    Moon Township, PA 15108-0831
13303707       +National Recovery,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13303708        Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13303710       +Sky Bank,    119 E Fifth Street,    East Liverpool, OH 43920-3030
13303711       +Soanb/Fbug,    745 Center Street,    Milford, OH 45150-1324
13374995       +TANARIS LLC,    c/o Baker Sanders et al,    100 Garden City Plaza,    Suite 500,
                 Garden City NY 11530-3207
13303693      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,     Po Box 790084,    Saint Louis, MO 63179)
13303713       +United Collect Bur Inc,    5620 Southwyck Boulevard,    Toledo, OH 43614-1501
13303714       +Zenith Acquisition Corp,    220 John Glenn Drive,    Amherst, NY 14228-2246
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 29 2016 01:37:29
                 Midland Funding LLC by American InfoSource LP as a,     PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 29 2016 01:36:44
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13303678       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 29 2016 01:39:46      Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
13303683       +E-mail/Text: banko@berkscredit.com Jul 29 2016 01:39:24      Berks Credit & Collections,
                 Po Box 329,    Temple, PA 19560-0329
13303691       +E-mail/Text: ccusa@ccuhome.com Jul 29 2016 01:39:00      Credit Coll/Usa,    Po Box 873,
                 Morgantown, WV 26507-0873
13303692       +E-mail/Text: creditonebknotifications@resurgent.com Jul 29 2016 01:39:12      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13378790       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 29 2016 01:40:45      Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13303697       +E-mail/Text: cashiering-administrationservices@flagstar.com Jul 29 2016 01:40:31
                 Flagstar Bank,    5151 Corporate Drive,    Troy, MI 48098-2639
13303698       +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2016 01:36:20      Gecrb/Care Credit,
                 Po Box 981439,    El Paso, TX 79998-1439
13303699        E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2016 01:36:20      Gecrb/Ge Money Bank Lowes,
                 Po Box 103065,    Roswell, GA 30076
13303700        E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2016 01:36:21      Gecrb/Jcpenney,    Po Box 984100,
                 El Paso, TX 79998
13648300        E-mail/Text: bankruptcy.bnc@gt-cs.com Jul 29 2016 01:39:27      Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL 60055-0049
13303703       +E-mail/Text: bankruptcy@icsystem.com Jul 29 2016 01:40:27      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
13416095        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2016 01:37:26
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0315-2          User: hthu               Page 2 of 3             Date Rcvd: Jul 28, 2016
                              Form ID: pdf900          Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13411582        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2016 01:36:41
                 LVNV Funding, LLC its successors and assigns as,    assignee of Soaring Capital, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13537142        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 29 2016 01:36:45      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,   Houston, TX 77210-4457
13303706       +E-mail/Text: nhc@nhchome.com Jul 29 2016 01:39:00     National Hospital Collections,
                 Po Box 699,   Morgantown, WV 26507-0699
13612772        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 29 2016 01:47:20
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,   Norfolk, VA 23541
13354721        E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2016 01:37:21      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13303709       +E-mail/Text: bkrpt1019@hotmail.com Jul 29 2016 01:39:34     Preferred Auto Credit,
                 1019 Lawrence Avenue,    Ellwood City, PA 16117-1851
13303712       +E-mail/Text: bankruptcy@huntington.com Jul 29 2016 01:39:50     The Huntington National Bank,
                 7450 Huntington Park Drive,    Columbus, OH 43235-5740
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BA
cr             Duquesne Light Company
13303676       Edward L. Hodge and Margaret N. Hodge
13310812       Edward L. Hodge and Margaret N. Hodge
cr*            GREEN TREE SERVICING LLC,    PO BOX 0049,   PALATINE, IL 60055-0049
13310814*     +Asset Acceptance Llc,    Po Box 1630,   Warren, MI 48090-1630
13310815*     +Bank Of America, N.A.,    450 American Street,   Simi Valley, CA 93065-6285
13310816*     +Barclays Bank Delaware,    125 S West Street,   Wilmington, DE 19801-5014
13310817*     +Beaver Codrs,   Po Box 206,    Beaver, PA 15009-0206
13310818*     +Beaver Valley Fcu,    601 37th Street,   Beaver Falls, PA 15010-3441
13310819*     +Berks Credit & Collections,    Po Box 329,   Temple, PA 19560-0329
13310820*     +Brighton Radiology,    300 S Walnut Lane #100,   Beaver, PA 15009-1738
13310821*    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
13310825*    ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Place,   Baltimore, MD 21202)
13303690*    ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of PA,    200 Civic Center Dr 11th Fl,
                 Columbus OH 43215)
13310822*      Cbusa/sears,   133200 Smith Road,    Cleveland, OH 44130
13310823*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13310824*     +Citibank,   701 East 60th Street N,    Sioux Falls, SD 57104-0493
13310827*     +Credit Coll/Usa,    Po Box 873,   Morgantown, WV 26507-0873
13310828*     +Credit One Bank,    Po Box 98875,   Las Vegas, NV 89193-8875
13310830*     +Emc Mortgage,   Po Box 293150,    Lewisville, TX 75029-3150
13310831*     +Equable Ascent,    1120 W Lake Cook Road,   Buffalo Grove, IL 60089-1970
13310832*     +Fashion Bug/Soanb,    1103 Allen Drive,   Milford, OH 45150-8763
13310833*     +Flagstar Bank,    5151 Corporate Drive,   Troy, MI 48098-2639
13310834*     +Gecrb/Care Credit,    Po Box 981439,   El Paso, TX 79998-1439
13310835*      Gecrb/Ge Money Bank Lowes,    Po Box 103065,   Roswell, GA 30076
13310836*      Gecrb/Jcpenney,    Po Box 984100,   El Paso, TX 79998
13310837*     +Heritage Valley,    1000 Dutch Ridge Road,   Beaver, PA 15009-9727
13310838*     +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
13310839*     +I C System Inc,    Po Box 64378,   Saint Paul, MN 55164-0378
13310840*      Law Offices of Hayt, Hayt & Landau,    123 S. Broad Street, Suite 1660,
                 Philadelphia, PA 19109-1003
13310841*     +Mancing Assc,    Pob 831,   Moon Township, PA 15108-0831
13310842*     +National Hospital Collections,    Po Box 699,   Morgantown, WV 26507-0699
13310843*     +National Recovery,    2491 Paxton Street,   Harrisburg, PA 17111-1036
13310844*     +Nco Fin/51,   Po Box 13574,    Philadelphia, PA 19101
13310845*     +Preferred Auto Credit,    1019 Lawrence Avenue,   Ellwood City, PA 16117-1851
13310846*     +Sky Bank,   119 E Fifth Street,    East Liverpool, OH 43920-3030
13310847*     +Soanb/Fbug,   745 Center Street,    Milford, OH 45150-1324
13310848*     +The Huntington National Bank,    7450 Huntington Park Drive,   Columbus, OH 43235-5740
13310829*    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Elan Financial Service,    Po Box 790084,   Saint Louis, MO 63179)
13310849*     +United Collect Bur Inc,    5620 Southwyck Boulevard,   Toledo, OH 43614-1501
13310850*     +Zenith Acquisition Corp,    220 John Glenn Drive,   Amherst, NY 14228-2246
                                                                                 TOTALS: 4, * 38, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: hthu                    Page 3 of 3                  Date Rcvd: Jul 28, 2016
                               Form ID: pdf900               Total Noticed: 52
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERIVICING, LP agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Edward L. Hodge help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Joint Debtor Margaret N. Hodge help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Margaret N. Hodge ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Edward L. Hodge ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert P. Wendt    on behalf of Creditor    GREEN TREE SERVICING LLC pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```