IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/13/16 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
EDWARD L. HODGE
MARGARET N. HODGE
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-20826

Chapter 13

Related to Dkt. No. 141

## ORDER OF COURT

AND NOW, this \_\_\_13th\_\_\_ day of \_\_\_September\_\_\_, 20\_16\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by:   Ronda J. Winnecour, Esq.

**DEFAULT ENTRY**

Dated: September 13, 2016

_____
Gregory L. Taddonio     jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 12-20826-GLT
Edward L. Hodge                                                                 Chapter 13
Margaret N. Hodge
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                    Page 1 of 3             Date Rcvd: Sep 13, 2016
                              Form ID: pdf900               Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2016.
```
db/jdb         +Edward L. Hodge,    Margaret N. Hodge,    369 New York Avenue,    Rochester, PA 15074-1962
13310813      ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
               (address filed with court: Allied Adjustors,    845 23rd Street,    Aliquippa, PA 15001)
13303677       +Allied Adjustors Inc.,    P.O. Box 1006,    Aliquippa, PA 15001-0806
13437408        BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC,    Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
13303679       +Bank Of America, N.A.,    450 American Street,    Simi Valley, CA 93065-6285
13303680       +Barclays Bank Delaware,    125 S West Street,    Wilmington, DE 19801-5014
13303681       +Beaver Codrs,    Po Box 206,    Beaver, PA 15009-0206
13303682       +Beaver Valley Fcu,    601 37th Street,    Beaver Falls, PA 15010-3441
13303684       +Brighton Radiology,    300 S Walnut Lane #100,    Beaver, PA 15009-1738
13303685      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13403814       +CAPITAL ONE BANK (USA), N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
13303689      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court: Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202)
13310826      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas,    200 Civic Center Drive, 11th Floor,
                 Columbus, OH 43215)
13303686        Cbusa/sears,    133200 Smith Road,    Cleveland, OH 44130
13303687       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13303688       +Citibank,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
13303694       +Emc Mortgage,    Po Box 293150,    Lewisville, TX 75029-3150
13303695       +Equable Ascent,    1120 W Lake Cook Road,    Buffalo Grove, IL 60089-1970
13303696       +Fashion Bug/Soanb,    1103 Allen Drive,    Milford, OH 45150-8763
13303701       +Heritage Valley,    1000 Dutch Ridge Road,    Beaver, PA 15009-9727
13303702       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13303704        Law Offices of Hayt, Hayt & Landau,    123 S. Broad Street, Suite 1660,
                 Philadelphia, PA 19109-1003
13303705       +Mancing Assc,    Pob 831,    Moon Township, PA 15108-0831
13303707       +National Recovery,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13303708        Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13303710       +Sky Bank,    119 E Fifth Street,    East Liverpool, OH 43920-3030
13303711       +Soanb/Fbug,    745 Center Street,    Milford, OH 45150-1324
13374995       +TANARIS LLC,    c/o Baker Sanders et al,    100 Garden City Plaza,    Suite 500,
                 Garden City NY 11530-3207
13303693      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,    Po Box 790084,    Saint Louis, MO 63179)
13303713       +United Collect Bur Inc,    5620 Southwyck Boulevard,    Toledo, OH 43614-1501
13303714       +Zenith Acquisition Corp,    220 John Glenn Drive,    Amherst, NY 14228-2246
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2016 01:51:39
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2016 02:03:11
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13303678       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 14 2016 01:47:04       Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
13303683       +E-mail/Text: banko@berkscredit.com Sep 14 2016 01:46:42       Berks Credit & Collections,
                 Po Box 329,    Temple, PA 19560-0329
13303691       +E-mail/Text: ccusa@ccuhome.com Sep 14 2016 01:46:32       Credit Coll/Usa,    Po Box 873,
                 Morgantown, WV 26507-0873
13303692       +E-mail/Text: creditonebknotifications@resurgent.com Sep 14 2016 01:46:37       Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13378790       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 14 2016 01:47:38       Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13303697       +E-mail/Text: cashiering-administrationservices@flagstar.com Sep 14 2016 01:47:30
                 Flagstar Bank,    5151 Corporate Drive,    Troy, MI 48098-2639
13303698       +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 01:46:00       Gecrb/Care Credit,
                 Po Box 981439,    El Paso, TX 79998-1439
13303699        E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 01:44:58       Gecrb/Ge Money Bank Lowes,
                 Po Box 103065,    Roswell, GA 30076
13303700        E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 01:45:29       Gecrb/Jcpenney,    Po Box 984100,
                 El Paso, TX 79998
13648300        E-mail/Text: bankruptcy.bnc@ditech.com Sep 14 2016 01:46:43       Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL 60055-0049
13303703       +E-mail/Text: bankruptcy@icsystem.com Sep 14 2016 01:47:27       I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
13416095        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2016 01:45:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0315-2           User: lfin                   Page 2 of 3                   Date Rcvd: Sep 13, 2016
                               Form ID: pdf900              Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13411582       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2016 01:45:07
                LVNV Funding, LLC its successors and assigns as,    assignee of Soaring Capital, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13537142       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2016 01:51:45      Midland Funding LLC,
                by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
13303706      +E-mail/Text: nhc@nhchome.com Sep 14 2016 01:46:31      National Hospital Collections,
                Po Box 699,    Morgantown, WV 26507-0699
13612772       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2016 01:46:05
                Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13354721       E-mail/PDF: rmscedi@recoverycorp.com Sep 14 2016 01:46:03       Portfolio Investments II LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13303709      +E-mail/Text: bkrpt1019@hotmail.com Sep 14 2016 01:46:50       Preferred Auto Credit,
                1019 Lawrence Avenue,    Ellwood City, PA 16117-1851
13303712      +E-mail/Text: bankruptcy@huntington.com Sep 14 2016 01:47:05       The Huntington National Bank,
                7450 Huntington Park Drive,    Columbus, OH 43235-5740
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BA
cr             Duquesne Light Company
13310812       Edward L. Hodge and Margaret N. Hodge
13303676       Edward L. Hodge and Margaret N. Hodge
cr*            GREEN TREE SERVICING LLC,    PO BOX 0049,    PALATINE, IL 60055-0049
13310814*     +Asset Acceptance Llc,    Po Box 1630,    Warren, MI 48090-1630
13310815*     +Bank Of America, N.A.,    450 American Street,    Simi Valley, CA 93065-6285
13310816*     +Barclays Bank Delaware,    125 S West Street,    Wilmington, DE 19801-5014
13310817*     +Beaver Codrs,    Po Box 206,    Beaver, PA 15009-0206
13310818*     +Beaver Valley Fcu,    601 37th Street,    Beaver Falls, PA 15010-3441
13310819*     +Berks Credit & Collections,    Po Box 329,    Temple, PA 19560-0329
13310820*     +Brighton Radiology,    300 S Walnut Lane #100,    Beaver, PA 15009-1738
13310821*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
13310825*    ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
              (address filed with court: Citifinancial,     300 Saint Paul Place,    Baltimore, MD 21202)
13303690*    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of PA,     200 Civic Center Dr 11th Fl,
                Columbus OH 43215)
13310822*      Cbusa/sears,    133200 Smith Road,    Cleveland, OH 44130
13310823*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13310824*     +Citibank,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
13310827*     +Credit Coll/Usa,    Po Box 873,    Morgantown, WV 26507-0873
13310828*     +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
13310830*     +Emc Mortgage,    Po Box 293150,    Lewisville, TX 75029-3150
13310831*     +Equable Ascent,    1120 W Lake Cook Road,    Buffalo Grove, IL 60089-1970
13310832*     +Fashion Bug/Soanb,    1103 Allen Drive,    Milford, OH 45150-8763
13310833*     +Flagstar Bank,    5151 Corporate Drive,    Troy, MI 48098-2639
13310834*     +Gecrb/Care Credit,    Po Box 981439,    El Paso, TX 79998-1439
13310835*      Gecrb/Ge Money Bank Lowes,    Po Box 103065,    Roswell, GA 30076
13310836*      Gecrb/Jcpenney,    Po Box 984100,    El Paso, TX 79998
13310837*     +Heritage Valley,    1000 Dutch Ridge Road,    Beaver, PA 15009-9727
13310838*     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13310839*     +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13310840*      Law Offices of Hayt, Hayt & Landau,    123 S. Broad Street, Suite 1660,
                Philadelphia, PA 19109-1003
13310841*     +Mancing Assc,    Pob 831,    Moon Township, PA 15108-0831
13310842*     +National Hospital Collections,    Po Box 699,    Morgantown, WV 26507-0699
13310843*     +National Recovery,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13310844*      Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13310845*     +Preferred Auto Credit,    1019 Lawrence Avenue,    Ellwood City, PA 16117-1851
13310846*     +Sky Bank,    119 E Fifth Street,    East Liverpool, OH 43920-3030
13310847*     +Soanb/Fbug,    745 Center Street,    Milford, OH 45150-1324
13310848*     +The Huntington National Bank,    7450 Huntington Park Drive,    Columbus, OH 43235-5740
13310829*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Service,     Po Box 790084,    Saint Louis, MO 63179)
13310849*     +United Collect Bur Inc,    5620 Southwyck Boulevard,    Toledo, OH 43614-1501
13310850*     +Zenith Acquisition Corp,    220 John Glenn Drive,    Amherst, NY 14228-2246
                                                                                           TOTALS: 4, * 38, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: lfin              Page 3 of 3            Date Rcvd: Sep 13, 2016
                              Form ID: pdf900         Total Noticed: 52
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2016 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERIVICING, LP agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Debtor Edward L. Hodge help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Joint Debtor Margaret N. Hodge help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Margaret N. Hodge ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Edward L. Hodge ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Robert P. Wendt    on behalf of Creditor    GREEN TREE SERVICING LLC pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```