UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In re:    Case No. 12-20826GLT

    EDWARD L. HODGE
    MARGARET N. HODGE
        Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/22/2012, and was converted to chapter 13 on 02/28/2012.

2) The plan was confirmed on 07/27/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 10/30/2012, 02/02/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/20/2015.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 55.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $19,400.20.

10) Amount of unsecured claims discharged without payment: $16,869.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $29,239.91 |
| Less amount refunded to debtor | $6,295.84 |

**NET RECEIPTS:** $22,944.07

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,600.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $971.86 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,571.86

Attorney fees paid and disclosed by debtor:    $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLIED ADJUSTORS | Unsecured | 16.00 | 16.00 | 16.00 | 16.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 6,540.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,209.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BEAVER CODRS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BEAVER VALLEY FCU* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BEAVER VALLEY FCU* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BEAVER VALLEY FCU* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTIONS INC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 3,237.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | 790.00 | 930.93 | 930.93 | 930.93 | 0.00 |
| CREDIT COLLECTIONS USA | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | NA | 95.78 | 95.78 | 95.78 | 0.00 |
| ELAN FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMC MORTGAGE CORP(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EQUABLE ASCENT FINANCIAL++ | Unsecured | 1,402.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FLAGSTAR BANK FSB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECC/ LOWE'S++ | Unsecured | 1,008.00 | NA | NA | 0.00 | 0.00 |
| GEMB/CARE CREDIT++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNEY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | Secured | 55,758.00 | 71,058.58 | 0.00 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*) | Secured | 9,878.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 430.00 | 497.78 | 497.78 | 497.78 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 0.00 | 2,954.40 | 2,954.40 | 2,954.40 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MANCING & ASSOCIATES INC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 0.00 | 1,401.93 | 1,401.93 | 1,401.93 | 0.00 |
| NATIONAL HOSPITAL COLLECTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*) | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| NRA GROUP LLC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NRA GROUP LLC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NRA GROUP LLC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NRA GROUP LLC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | 484.65 | 484.65 | 484.65 | 0.00 |
| PREFERRED AUTO CREDIT EXCHAN | Secured | NA | 10,029.78 | 0.00 | 6,996.20 | 0.00 |
| PREFERRED AUTO CREDIT/PACE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PREFERRED AUTO CREDIT/PACE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RONDA J WINNECOUR PA ID #30399 | Priority | NA | NA | 1,000.00 | 1,000.00 | 0.00 |
| SEARS/CITI CARD USA*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SKY BANK/SCSR 3 RIVERS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SKY BANK/SCSR 3 RIVERS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TANARIS LLC | Unsecured | 0.00 | 4,994.54 | 4,994.54 | 4,994.54 | 0.00 |
| ZENITH ACQUISTITIONS++ | Unsecured | 2,954.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $6,996.20 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$6,996.20** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,000.00 | $1,000.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,000.00** | **$1,000.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,376.01** | **$11,376.01** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,571.86 |
| Disbursements to Creditors | $19,372.21 |
| **TOTAL DISBURSEMENTS:** | **$22,944.07** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/20/2016                              By: /s/ Ronda J. Winnecour
                                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**